**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB  **ORDER OF DISMISSAL** |

*This document relates to:*

| | |
|---|---|
| Zedith Lillard and Don Lillard, | 05-5430 CRB |
| Dale Casey and Janice Casey | 05-5354 CRB |
| Ira Carter and Woford Carter | 05-5441 CRB |
| Gayle Williams-Rhinehart and Suzette Coleman | 05-5350 CRB |
| | 06-0340 CRB |
| Glossie Love and Huey Love | 06-0151 CRB |
| Estate of Helen M. Shelton | 06-0221 CRB |
| Angela M. Swedeen and Dana Swedeen | 06-0175 CRB |
| Joyce Croft | 06-0222 CRB |
| Alanda Creer | 06-0233 CRB |
| Sheraldine Joseph, | 06-0241 CRB |
| Sharon Thompson | 06-0288 CRB |
| | 06-0283 CRB |
| Franklin Dean Elders | 06-0287 CRB |
| | 06-0245 CRB |
| Joyce M. Hayes, | 06-0385 CRB |
| | 06-0224 CRB |

1   The Court ordered the plaintiffs identified in the caption to show cause why this
2   action should not be dismissed for a failure to prosecute.  As of this date, the date of the
3   hearing on the show cause order, no plaintiff has responded to the Court's order and no
4   plaintiff appeared at the show cause hearing.  Accordingly, the actions identified in the above
5   caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.
6   **IT IS SO ORDERED.**

8   Dated: October 6, 2006

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE